**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 3 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT HAGGANS                                PLAINTIFF

VS.           CASE NO. 3:10CV00279-SWW

FORD OF WEST MEMPHIS                      DEFENDANT

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 3rd day of November, 20 10.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
Deputy Clerk